IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRUCE JEFFERS**                                                                         **PLAINTIFF**
**REG #13379-029**

v.                      **CASE NO. 2:20-CV-00089-BSM**

**UNITED STATES OF AMERICA**                                      **DEFENDANT**

## ORDER

United States Magistrate Judge Patricia Harris's proposed findings and recommendations [Doc. No. 16] have been received, and are hereby adopted. Bruce Jeffers's lawsuit cannot proceed because the Inmate Accident Compensation Act (IACA) is the exclusive statutory remedy for a prisoner's workplace injuries, and as such the court lacks subject matter jurisdiction over his claims. Therefore, the government's motion to dismiss [Doc. No. 9] is granted and this case is dismissed without prejudice. Jeffers's motion for the government to turn over requested discovery [Doc. No. 15] is denied as moot.

IT IS SO ORDERED, this 4th day of January, 2021.

                                                           _/s/ Brian S. Miller_
                                                      UNITED STATES DISTRICT JUDGE