IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRUCE JEFFERS**                                                                                           **PLAINTIFF**
**REG #13379-029**

v.                                          **CASE NO. 2:20-CV-00089-BSM**

**UNITED STATES OF AMERICA**                                                         **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 4th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE